OPINION — AG — **** SURPLUS FUNDS — LIMITATION OF USE OF **** SURPLUS FUNDS OF A PRIOR FISCAL YEAR CANNOT BE USED TO EXTINGUISH OBLIGATIONS OF SUCH PRIOR YEAR DURING THE SUBSEQUENT YEAR, WHERE WARRANTS WERE NOT LEGALLY ISSUABLE IN THE PRIOR YEAR. FURTHER, ANY LIABILITY FOR TRANSFER PAYMENTS WOULD NOT ACCRUE PAST THE YEAR IN WHICH THE LIABILITY AROSE. CITE: 70 O.S. 1970 Supp. 8-1 [70-8-1], 68 O.S. 1070 [68-1070] Supp., 2498 (LARRY L. FRENCH)